```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| PAUL J. ASH,<br><br>      Plaintiff,<br><br>   v.<br><br>TOWNSHIP OF WILLINGBORO, et al.,<br><br>      Defendants. | Civil No. 10-1900 (RMB/JS) |

**ORDER ON INFORMAL APPLICATION TO**
**REMOVE CASE FROM THE ARBITRATION PROGRAM**

**IT IS** on this **22nd** day of **November, 2010,** hereby

**ORDERED** that the above-captioned matter is removed from Arbitration.

                                      s/ Joel Schneider
                                      JOEL SCHNEIDER
                                      United States Magistrate Judge

cc:   Hon. Renée Marie Bumb
      James Quinlan, Arbitration Clerk